UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAUREEN MALIK                                             ORDER SETTING
                                                          JURY TRIAL

   -against-                                              CV-01-5588 (DRH)

COUNTY OF NASSAU, et. al.
-----------------------------------------------------------X

       Due to scheduling difficulties with the Court and the parties,

       IT IS HEREBY ORDERED that the jury trial scheduled to begin on May 9, 2005 is adjourned. Counsel have agreed that all parties will be available for trial on **Monday, October 17, 2005 at 9:30 AM. Jury selection will take place in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722.**

       The pending In Limine motions are administratively terminated and will be resubmitted before the new trial date.

       SO ORDERED.


Dated: Central Islip, New York
       April 27, 2005                                    /s/
                                                    Denis R. Hurley
                                                    United States District Judge