**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6604

October 14, 2005

U.S. District Court
Eastern District of New York
P. O. Box 9014
Central Islip, NY 11722-9014

Att: Judge Denis. R. Hurley

Re:  Maureen Malkin Vs County Of Nassau, Nassau County Police
     Department, Police Officer Richard McDonald And Police Officers John Doe 1-3, (Sued
     Individually And In Their Official Capacity As Police
     Officers)
     Index No.: CV-01-5588

Dear Honorable Judge Hurley,

   Please be advised that the above referenced case has been settled. The Stipulation of Discontinuance will be sent to this Court as soon as they are signed.

   Thank you for your cooperation and consideration in this matter.

Very truly yours,

Lark Teitler
Deputy County Attorney
(516) 571-3010